Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>              Plaintiff,<br><br>     v.<br><br>FRANKLIN LEGAL GROUP, PC, et al,<br>              Defendants. | Case No. 2:23-cv-02837-DSF-AS<br><br>Judge Dale S. Fischer<br>Magistrate Judge Alka Sagar<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action, with prejudice, as to all Defendants (Franklin Legal Group, PC, Thomas Moore, Advocate Debt Relief, LLC, Joshua Valentine, Start New Settlement, LLC, and Dean Sundrla).

Respectfully submitted,

Dated: June 6, 2023

*/s/ Jorge Alejandro Rojas*
JORGE ALEJANDRO ROJAS
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of this filing will be sent to the Defendants via e-mail on the same day as filing this document.

Dated: June 6, 2023

*/s/ Jorge Alejandro Rojas*
JORGE ALEJANDRO ROJAS